IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:00CV00298 |
| YVETTE YVONNE LEWIS, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| SPRINGWOOD CARE CENTER, | ) ) | |
| Garnishee. | ) ) | |

FILED
APR 28 2005
IN THIS OFFICE
Clerk, U. S. District Court
Greensboro, N. C.
By_____

ORDER TO QUASH WRIT OF CONTINUING GARNISHMENT

Having considered Plaintiff's Motion to Quash the Writ of Continuing Garnishment filed herein on April 22, 2005, and for good cause shown, the Court hereby grants said Motion and ORDERS that the Writ of Continuing Garnishment is quashed, thereby terminating this garnishment, pursuant to 28 U.S.C. § 3205 (c)(10)(A). A copy of this order will be provided to all parties.

April 28, 2005
DATE

_____
UNITED STATES MAGISTRATE JUDGE